UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CANTANDO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>3AI PROPERTIES LLC,<br><br>　　　　　Defendant. | No. 2:18-cv-2149 TLN CKD (PS)<br><br>FINDINGS AND RECOMMENDATIONS |

On August 13, 2018, defendant was ordered to pay the filing fee for this removed action within 14 days or face dismissal and a summary remand to state court. (ECF No. 8.) That period has passed, and defendant has not paid the filing fee or otherwise responded to the court's order.

In accordance with the above, IT IS HEREBY RECOMMENDED that:

1. This action be dismissed without prejudice; and
2. This action be summarily remanded to the Superior Court of Shasta County, California.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections

1

shall be served on all parties and filed with the court within fourteen (14) days after service of the objections. Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Turner v. Duncan</u>, 158 F.3d 449, 455 (9th Cir. 1998); <u>Martinez v. Ylst</u>, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

Dated: September 5, 2018

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 cantando2149.unpaid fee_fr