UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CANTANDO, <br><br> Plaintiff, <br><br> v. <br><br> 3AI PROPERTIES LLC, <br><br> Defendant. | No. 2:18-cv-02149-TLN-CKD <br><br><br> **ORDER** |

    Plaintiff is proceeding in this action pro se. This action was removed from the Northern District of Texas on August 1, 2018, and the matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

    On September 5, 2018, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. That period having passed, neither party has objected to the findings and recommendations; in fact, Plaintiff has filed a motion to remand this matter to the Shasta County Superior Court, consistent with the findings and recommendations.

    The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 5, 2018 are ADOPTED in full;
2. Plaintiff's motion to remand (ECF No. 10) is DENIED as moot;
3. This action is DISMISSED without prejudice;
4. The Clerk of Court shall close this case; and
5. This matter is REMANDED to the Superior Court of Shasta County, California.

Dated: September 27, 2018

_____
Troy L. Nunley
United States District Judge